# UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHLEEN GREENE AND EDWARD GREENE | : | CASE NO.: 3:26-CV-187 |
| | : | |
| VS. | : | |
| STATE FARM FIRE AND CASUALTY COMPANY | : | FEBRUARY 5, 2026 |
| | : | |

## NOTICE OF REMOVAL

TO:   UNITED STATES DISTRICT COURT
    DISTRICT OF CONNECTICUT

Defendant State Farm Fire and Casualty Company ("Defendant" or "State Farm") hereby provides notice of the removal of this action to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §§ 1332, 1441, based on diversity jurisdiction. Removal is appropriate in light of the following:

1. Defendant first received notice of this civil action on or about January 6, 2026 when the Complaint was sent to State Farm's agent, CSC. On January 13, 2026, plaintiffs Kathleen Greene and Edward Greene ("Plaintiffs") filed this civil action against Defendant in the Superior Court of Connecticut, Judicial District of Stamford, designated as Docket No. FST-CV26-6078202-S. A copy of the Summons, Complaint, and Statement of Amount in Demand are attached hereto as **Exhibit A** pursuant to 28 U.S.C. § 1446(a).

2. This Court has diversity jurisdiction over this matter, pursuant to pursuant to 28 U.S.C. § 1332. Plaintiff is a citizen of the state of Connecticut, and Defendant is incorporated and has its principal place of business in the State of Illinois. The amount in controversy exceeds the value of $75,000 because Plaintiffs claim breach of contract

Halloran & Sage LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103



Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

property damage to a home, bad faith, and both CUTPA, and CUIPA violations which allow for punitive damages. Accordingly, pursuant to 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a), this Notice of Removal has been timely filed within thirty (30) days after Defendant was first notified of the lawsuit once it became removable, in that this Notice of Removal has been filed within thirty (30) days of service on Defendant.

3. The Superior Court of Connecticut, Judicial District of Stamford, is located within the District of Connecticut. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4. In the first count of their Complaint, Plaintiffs allege breach of contract.

5. In the second count of their Complaint, Plaintiffs allege negligence.

6. In the third count of their Complaint, Plaintiffs allege violations of the Connecticut Unfair Insurance Practices Act ("CUIPA"), C.G.S. §§38a-816(1)(a) and (6) and the Connecticut Unfair Trade Practices Act ("CUTPA"), C.G.S. §§42-110b *et seq*.

7. In the fourth count of their Complaint, Plaintiffs allege breach of the implied covenant of good faith and fair dealing (bad faith).

8. In the fifth count of their Complaint, Plaintiffs allege emotional distress.

9. This action is properly removable because the United State District Court has diversity jurisdiction under 28 U.S.C. § 1332, as the parties are citizens of different states and the amount in controversy exceeds $75,000. Plaintiffs have claimed monetary damages of an unspecified amount exceeding $15,000 but has also claimed punitive damages and attorney's fees.

10. Defendant has not filed a responsive pleading in the State Court action.



Halloran & Sage LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

11. Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal have been served on all adverse parties and upon the Clerk of the State Court.

12. By removing this matter, Defendant does not waive or intend to waive any available defenses.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Superior Court of Connecticut, Judicial District of Stamford, to the United States District Court for the District of Connecticut.

> DEFENDANT
> STATE FARM FIRE AND CASUALTY COMPANY
>
> By  */s/ Kevin J. Greene*
>   Kevin J. Greene
>   Federal Bar No. ct16742
>   Halloran & Sage LLP
>   225 Asylum Street
>   One Goodwin Square
>   Hartford, CT 06103
>   P: 860-297-4670
>   F: 860.548-0006
>   greene@halloransage.com

-3-



Halloran & Sage LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

## **CERTIFICATION**

    I hereby certify that a copy of the above was mailed or electronically delivered on this 5th day of February, 2026 to all counsel and pro se parties of record and that written consent for electronic delivery was received from all counsel and pro se parties of record who were electronically served.

Brianna K. Robert, Esq.
Biller, Sachs, & Robert
46 S. Whittlesey Avenue
Wallingford, CT 06492
brobert@billerlawgroup.com
*Attorney for Plaintiffs*

                    */s/ Kevin J. Greene*
                    Kevin J. Greene
                    greene@halloransage.com



Halloran & Sage LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103
10176424.v1

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105